**UNPUBLISHED ORDER**
Not to be cited per Circuit Rule 53

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

Submitted June 23, 2005[*]
Decided June 30, 2005

**Before**

Hon. ILANA DIAMOND ROVNER, *Circuit Judge*

Hon. DIANE P. WOOD, *Circuit Judge*

Hon. ANN CLAIRE WILLIAMS, *Circuit Judge*

No. 04-4319

| | |
|---|---|
| WILLIAM A. MURRAY, *Plaintiff-Appellant*, | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division |
| *v.* | No. 03 C 7594 |
| AVON PRODUCTS, INC., *Defendant-Appellee*. | Mark R. Filip, *Judge*. |

**O R D E R**

William Murray sued Avon Products claiming that he was denied employment because of his age in violation of the Age Discrimination in Employment Act, 29 U.S.C. § 621 *et seq.* The district court granted Avon's motion for summary judgment on the ground that Murray failed to establish a *prima facie* case of age discrimination; as noted by the court, Murray offered no evidence that the persons hired to fill the positions he applied for were substantially younger. *See Sembos v. Philips Components*, 376 F.3d 696, 700 (2004). Proceeding *pro se* on appeal, Murray fails to set forth any argument challenging the district court's analysis, and thus we have no basis to overturn the judgment. *See Ajayi v.*

---

[*]After examining the briefs and record, we have concluded that oral argument is unnecessary. Accordingly, this appeal is submitted on the briefs and record. *See* Fed. R. App. P. 34(a)(2).

*Aramark Bus. Servs., Inc.,* 336 F.3d 520, 529 (7th Cir. 2003)*; see also* Fed. R. App. P. 28(a)(9)(A); *Anderson v. Hardman,* 241 F.3d 544, 545 (7th Cir. 2001).  We warn Murray that any further frivolous litigation will subject him to monetary fines and possible bar pursuant to *Support Systems Int'l. Inc. v. Mack*, 45 F.3d 185, 186 (7th Cir. 1995), forbidding his filing of any further legal papers in any federal court within this circuit except for criminal cases or applications for writs of habeas corpus.

AFFIRMED.